KARL S. HALL
Reno City Attorney
ADAM D. CATE
Deputy City Attorney
Nevada State Bar No. 12942
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for City of Reno, Reno Police Officer Trejo Vea and Reno Police Officer Soto*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LOREN ZALESCHUK,

Plaintiff,

vs.

CITY OF RENO, a political subdivision of the State of Nevada; Reno Police Department officer TREJO VEA; Reno Police Department officer SOTO; and DOES 1 through 10,

Defendants.

**CASE NO.: 3:25-cv-00525-ART-CSD**

**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, LOREN ZALESCHUK by and through his attorney, CHRISTOPHER RUSBY, and Defendants CITY OF RENO, RENO POLICE DEPARTMENT OFFICER TREJO VEA, and RENO POLICE DEPARTMENT OFFICER SOTO, ("City Defendants"), by and through their attorneys, Reno City Attorney KARL S. HALL and Deputy City Attorney ADAM D. CATE, hereby stipulate to the dismissal of all claims in this action, with prejudice.

///

///

///

Each party shall bear its own attorney's fees and costs.

DATED this 23rd day of September, 2026.

By: ______________________
Christopher Rusby, Esq.
RUSBY LAW, PLLC
36 Stewart Street
Reno, NV 89501

*Attorney for Plaintiff*

DATED this 23rd day of September, 2026.

KARL S. HALL
Reno City Attorney

By: ______________________
Adam D. Cate, Esq.
Deputy City Attorney
Nevada State Bar No. 12942
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for City of Reno, Reno Police Officer Trejo Vea and Reno Police Officer Soto*

IT IS SO ORDERED.

______________________
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED this 24th day of September, 2026.